**** CASE NUMBER: 502026CA002193XXXAMB Div: AE ****
Filing # 242447400 E-Filed 02/24/2026 03:08:36 PM

*wR288*
*2/27/26*
*12*

### IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
### IN AND FOR PALM BEACH COUNTY, FLORIDA
### CIVIL DIVISION

CAROL MILLER,

                                  CASE NO.:

       Plaintiff,

vs.

NORDSTROM, INC., a Foreign Profit
Corporation,

       Defendants.

_____/

### CIVIL ACTION SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of the State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in the above-styled cause upon the Defendant:

> **NORDSTROM, INC.**
> **C/O Corporation Service Company**
> **1201 Hayes Street**
> **Tallahassee, FL 32301**

Each Defendant is required to serve written defenses to the Complaint on the Law Offices of **KANNER & PINTALUGA, PA.**, plaintiff's attorneys, whose address is **925 S. Federal Highway, Sixth Floor, Boca Raton, FL 33432**, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

DATED ON this **25** day of **FEBRUARY** , 2026.

**MIKE CARUSO**
As Clerk of Court

By: _____
As Deputy Clerk
(COURT SEAL)

FILED: PALM BEACH COUNTY, FL, MICHAEL A. CARUSO, CLERK, 02/24/2026 03:08:36 PM

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of the court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, property, and money may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). Also, you may call your insurance company representative if you believe you are covered for this loss.

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su repuesta por escrito, incluyendo el numero del caso y los nombres demanda a tiemp, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisites legales. Si lo desea, puede usted consultar a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo teimpo en que presenta su repuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judicares ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cetta citation pour deposer una reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommes ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite de le relai requis, vous risqué de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocet. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme una reponse ecrite, il vous faudra egalement , en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocet) nomme cidessous.

REPLY TO:   SHERRIA D. WILLIAMS, ESQ.
            FBN: 71186
            KANNER & PINTALUGA, P.A.
            Attorneys for the Plaintiff
            925 S. Federal Highway, Sixth Floor
            Boca Raton, Florida 33432
            Phone: (561) 892-9707/Fax: 844-818-5452
            swilliams@kpattorney.com; Pleadings9@kpattorney.com

This notice is provided pursuant to Administrative Order No. 2.207-7/22*

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings Jr., MPA, PHR, the Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings Jr., MPA, PHR, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 3554380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings Jr., MPA, PHR, k donatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telef n li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

Filing # 242447400 E-Filed 02/24/2026 03:08:36 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

CAROL MILLER,

CASE NO.:

Plaintiff,

vs.

NORDSTROM, INC., a Foreign Profit
Corporation,

Defendant.

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, CAROL MILLER, by and through undersigned counsel, sues the Defendant,

NORDSTROM, INC., a Foreign Profit Corporation, and alleges as follows:

**GENERAL ALLEGATIONS**

1. This is an action for damages in excess of $50,000, exclusive of interest and costs, and otherwise within the jurisdiction of this Court.

2. At all times material hereto, Plaintiff, CAROL MILLER, was *sui juris* and a resident of Palm Beach County, Florida.

3. At all times material hereto, Defendant, NORDSTROM, INC., was and is a Foreign Profit Corporation, authorized to transact business in the State of Florida with its principal place of business located at 1617 Sixth Avenue, Seattle, Washington, 98101 and its store location at 5820 Glades Road, Boca Raton, Florida 33431.

4. Venue and jurisdiction are vested in the Court in that the events giving rise to this action occurred within Palm Beach County, Florida.

5. That at all times material hereto, Defendant, NORDSTROM, INC., owned and/or operated a store located at 5820 Glades Road, Boca Raton, Florida 33431.

6. On or about March 25, 2025, Plaintiff, CAROL MILLER, was a business invitee and lawfully on the premises of the department store located at 5820 Glades Road, Boca Raton, Florida 33431, as an invitee for the purpose of shopping.

7. At or near the time of the incident, Plaintiff, CAROL MILLER, stepped on a dangerous condition, causing her to fall inside the Defendant's premises, while exercising due care and caution for her on safety.

8. The hazardous condition had been present for a sufficient length of time that Defendant, NORDSTROM, INC. knew, or in the exercise of reasonable care should have known, of the condition.

9. Defendant, NORDSTROM, INC., had a duty to maintain its premises in a reasonably safe condition, to inspect for hazardous conditions, and to warn invitees of any dangers that Defendant, knew or should have known existed.

10. Defendant, NORDSTROM, INC., breached its duty of care as further described in paragraph 14.

11. As a direct and proximate result of Defendant's, NORDSTROM, INC's negligence, Plaintiff, CAROL MILLER, suffered bodily injury, further described in paragraph 15.

12. As a direct and proximate result of the fall, which was sudden and unexpected Plaintiff, CAROL MILLER, was seriously and severely injured as more fully set forth herein.

### COUNT I – NEGLIGENCE AGAINST NORDSTROM, INC.

Plaintiff, CAROL MILLER, restates and incorporates paragraphs 1 through 12, as though fully set forth herein and further states:

13. At all times material hereto, Defendant, NORDSTROM, INC., owned, operated, managed, and/or controlled the subject premises and owed a non-delegable duty, through its agents, employees, and servants, to its lawful business invitees, public invitees, or licensees by invitation, including but not limited to Plaintiff, to use reasonable care in the maintenance of its means of ingress and egress, walkways, and thoroughfares of the Premises. Further, Defendant, NORDSTROM, INC., owed a duty to correct or warn of dangerous conditions that Defendant knew or should have known existed, and to exercise reasonable care in the inspection, maintenance, and operation of the premises. At the time of the incident, Plaintiff, CAROL MILLER, was lawfully on the Premises when she fell.

14. At the aforedescribed time, date, and place, Defendant, NORDSTROM, INC., acted negligently and carelessly, and breached its duty of care, in one or more of the following ways:

    a. by failing to remove or correct dangerous condition(s);

    b. by failing to implement reasonable policies, procedures, and training to prevent hazardous conditions;

    c. by failing to properly inspect the premises, although it knew, or in the exercise of reasonable care, should have known of the existence of a hazard on the floor;

    d. by failing to provide adequate warnings in writing and/or other reasonable notice of the aforedescribed unsafe, dangerous, and hazardous conditions to patrons, including but not limited to, Plaintiff, although Defendant knew, or in the exercise of reasonable care, should have known, about the existence of said condition, and it further represented to its patrons that its premises were safe and suitable when, in fact, it was not because of the hazardous condition, as aforedescribed;

e.  by failing to maintain the flooring, carpeting, and walking surfaces in a reasonably safe condition; and

f.  the condition occurred with regularity and was therefore foreseeable on Defendant's premises, and as a result, Defendant, NORDSTROM, INC., was on constructive notice of the dangerous and hazardous condition.

15. As a direct and proximate result of the negligence of Defendant, NORDSTROM, INC., Plaintiff, CAROL MILLER, suffered serious and permanent bodily injuries and damages, resulting in pain and suffering, loss of wages, loss of future earning capacity, mental anguish, past and future medical expenses, aggravation of pre-existing conditions, loss of capacity for the enjoyment of life, scarring, and disfigurement. These injuries are permanent and continuing in nature, and Plaintiff will suffer these losses in the future.

**WHEREFORE,** Plaintiff, CAROL MILLER, demands judgment for damages against the Defendant, NORDSTROM, INC., together with costs of this action pre and post judgement interest and such further relief as the Court deems just and proper, and demands a trial by jury on all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiff, CAROL MILLER, demands a trial by jury of all issues triable by right.

RESPECTFULLY submitted this day of February 24, 2026.

**KANNER & PINTALUGA, PA**
*Attorneys for the Plaintiff*
925 S. Federal Highway, Sixth Floor
Boca Raton, Florida 33432
Phone: (561) 892-9707/Fax: (866) 641-4690
E-Service: pleadings9@kpattorney.com

By:  */s/ Sherria D. Williams*
**SHERRIA D. WILLIAMS, ESQ.**
**FBN: 71186**

Filing # 242447400 E-Filed 02/24/2026 03:08:36 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

CAROL MILLER,

                                        CASE NO.:

      Plaintiff,

vs.

NORDSTROM, INC., a Foreign Profit
Corporation,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF DESIGNATION OF PRIMARY EMAIL ADDRESS

COMES NOW, the undersigned counsel for Plaintiff, CAROL MILLER hereby files this

Notice of Designation of Primary Email Address for service of pleadings **only** in compliance

with Florida Rule of Judicial Administration 2.516. Our primary email address is:

**pleadings9@kpattorney.com**
**swilliams@kpattorney.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a certified copy of the foregoing has been served on
Defendants with the Complaint.

                                        **KANNER & PINTALUGA, PA**
                                        *Attorneys for the Plaintiff*
                                        925 S. Federal Highway, Sixth Floor
                                        Boca Raton, Florida 33432
                                        Phone: (561) 892-9707/Fax: (866) 641-4690
                                        E-Service: pleadings9@kpattorney.com

           By:     */s/ Sherria D. Williams*
                       **SHERRIA D. WILLIAMS, ESQ.**
                       **FBN: 71186**